UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| JASON P. O'LEARY; and RICHARD P. LEONARD, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 1:15-cv-12335 |
| NEW HAMPSHIRE BORING, INC.; THOMAS A. GARSIDE; and JAYNE F. BURNE, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO MODIFY SCHEDULING DEADLINES

Pursuant to FED. R. CIV. P. 6(b) the parties to this action respectfully request that this Honorable Court extend the upcoming deadline to file motions seeking joinder of additional parties, third party complaints, amendment of pleadings and/or class certification. The deadline to file these motions is currently January 15, 2016. As addressed below, the parties jointly request a floating deadline tied to this Court's decision on the pending motion to dismiss.

As grounds for this request, the defendants' decision to seek joinder or file a third party complaint depends on the outcome of the pending motion to dismiss and whether this case will proceed. Similarly, the plaintiffs intend to either move for class certification or amend the complaint to name additional plaintiffs in lieu of a class. Plaintiffs propounded discovery requests on November 19, 2015 which included discovery aimed at ascertaining the putative class. Responses to these requests, however, have not been filed by the defendants because the previous scheduling order states that defendants need not file answers until 30 days after a decision on the motion to dismiss. *See* PROPOSED DISCOVERY PLAN [DKT. 24]. Therefore, the

Plaintiffs do not possess the information needed to make a decision on amendment and/or class certification by the January 15, 2016 deadline.

Accordingly, the parties request the following amendments to the scheduling order:

➢ Defendants shall respond to the class discovery requests propounded by plaintiffs not later than fourteen (14) days after this Court rules on the pending motion to dismiss. This expressly includes an answer to Interrogatory No. 4 propounded upon defendant New Hampshire Boring, Inc. (at least on an informal basis – i.e., by e-mail from counsel);[1]

➢ All motions seeking joinder of additional parties, third party complaints, amendment of pleadings and/or class certification shall be filed not later than thirty (30) days after the Court rules on the pending motion to dismiss; and

➢ Except as expressly amended herein, all other scheduling deadlines shall remain in full force and effect.

In the alternative, should the Court not be inclined to enter a floating deadline tied to its decision on the pending motion to dismiss, the parties respectfully request that the deadlines be extended so that all motions seeking joinder of additional parties or third party complaints be filed by February 15, 2016 and that all motions to amend the complaint or for class certification be filed by February 29, 2016.

Respectfully Submitted,                        Respectfully Submitted,

/s/ Daniel E. Will                             /s/ Joshua N. Garick

_____                 _____
Daniel E. Will (BBO #629215)                   Joshua N. Garick (BBO #674603)
DEVINE, MILLIMET & BRANCH, P.A.                LAW OFFICES OF JOSHUA N. GARICK, P.C.
111 Amherst Street                             100 TradeCenter, Suite G-700
Manchester, NH 03101                           Woburn, Massachusetts 01801
Phone: (603) 669-1000                          Phone: (617) 600-7520
dwill@devinemillimet.com                       Joshua@GarickLaw.com

*Counsel for Defendants*                       *Counsel for the Plaintiffs*

Dated: January 8, 2016

---

[1] "Please identify all employees of New Hampshire Boring, Inc. from January 1, 2010 through the present who worked on the GLX project. Include in your answer the name, last known address and telephone number for each employee."

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2016, the foregoing was filed electronically using the Court's CM/ECF system which will send notification of such filing to all registered individuals.

/s/ Joshua N. Garick
Joshua N. Garick (BBO #674603)